FILED

01/21/2025

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 24-0371

IN THE SUPREME COURT OF THE STATE OF MONTANA

No. DA 24-0371

IN RE THE MARRIAGE OF:

JENNY LYNN CALDWELL,

Petitioner and Appellee,

v.

BRANDON JAMES CALDWELL,

Respondent and Appellant.

**ORDER**

UPON consideration of Appellee's motion for a 30-day extension of time, and good cause appearing;

IT IS HEREBY ORDERED that Appellee's motion for an extension of time to February 24, 2025, within which to prepare, serve, and file her response brief is GRANTED.

Electronically signed by:
Bowen Greenwood
Clerk of the Supreme Court
January 21 2025